IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01734-PAB-NYW

PATRICIA SCHNIEDWIND,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

___

**MINUTE ORDER**
___

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendant's Unopposed Motion to Amend Scheduling Order (the "Motion). [#31, filed April 6, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order of Reference dated September 22, 2014 [#17] and the memorandum dated April 6, 2015. [#32].

    IT IS ORDERED that the Motion is GRANTED:

1. Defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 30, 2015**; and

2. Plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 14, 2015**.

DATED: April 9, 2015