IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01734-PAB-NYW

PATRICIA SCHNIEDWIND,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER
---

Entered By Magistrate Judge Nina Y. Wang

    Plaintiff's Notice of Withdrawal [#44, filed May 11, 2015] represents that she withdraws (1) the Motion to Supplement Plaintiff's Reponses to Defendant's Motion to Amend Scheduling Order Regarding Number of Expert Witnesses [#40, filed May 1, 2015][1] and (2) the Response to Defendant's Motion to Amend Scheduling Order Regarding Number of Experts [#39, filed April 30, 2015].

    IT IS ORDERED that, in light of the Notice of Withdrawal:

1. Defendant's Motion to Amend Scheduling Order Regarding Number of Expert Witnesses [#34] is **GRANTED**;

2. The Motion Hearing set for May 12, 2015 at 2:00 p.m. is hereby **VACATED**; and

3. The deadlines for completing discovery and filing dispositive motions remain unchanged.

DATED: May 11, 2015

---

[1] This court granted this Motion on May 5, 2015 [*see* #43] and thus Plaintiff cannot now withdraw it.