IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01734-PAB-NYW

PATRICIA SCHNIEDWIND,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER REGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY OF AMERICAN FAMILY ADJUSTER SUZANNA WADE**
_____

This matter comes before the Court on Plaintiff's Objections to Defendant's Counter-Designations of Deposition Testimony of American Family Mutual Adjuster Suzanna Wade [Docket No. 72]. The Court rules as follows on plaintiff's objections:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 5:20-6:5 | No objection | |
| 2 | 10:4-8 | No objection | |
| 3 | 11:4-13:10 | No objection | |
| 4 | 14:4-14 | No objection | |

| | | | |
|---|---|---|---|
| 5 | 16:21-19:19 | Cumulative (contains portions of testimony previously designated by Plaintiff: 16:19-18:14), relevance, and speculation as to remaining portions | Overruled. |
| 6 | 17:5-12 | Cumulative, designated portions are contained in Item # 6, see objections to Item #5 | Overruled. |
| 7 | 18:15-19:7 | See Objection to Item #5 | Overruled. |
| 8 | 21:12-22:20 | Cumulative (contained in testimony previously designated by Plaintiff); no objection to 22:16-20 | Overruled. |
| 9 | 23:11-13 | No objection | |
| 10 | 24:5-7 | Cumulative (contained in testimony previously designated by Plaintiff: 24:5-13) | Sustained. |
| 11 | 24:23-25:1 | No objection | |
| 12 | 25:6-11 | No objection | |
| 13 | 27:3-18 | No objection | |
| 14 | 27:20-28:5 | No objection | |
| 15 | 28:8-10 | No objection | |
| 16 | 18:18-23 [28:18-23] | Incomplete: the witness' full answer was cut-off and continues through to page 29:3; no objection if 28:24-29:3 is included | If 28:24 to 29:3 is not included, sustained as incomplete and misleading. |
| 17 | 31:14-33:2 | Relevance, hearsay, foundation, speculation | Overruled. |
| 18 | 35:4-19 | No objection | |
| 19 | 47:2-8 | Relevance, speculation | Overruled. |

| 20 | 43:10-14 | Relevance, foundation, speculation | Sustained. No foundation. |
| 21 | 58:13-17 | Foundation; hearsay | Sustained. |

DATED January 13, 2016.

                    BY THE COURT:

                    s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge