IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01734-PAB-NYW

PATRICIA SCHNIEDWIND,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER REGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY OF AMERICAN FAMILY MUTUAL INSURANCE  COMPANY'S 30(b)(6) REPRESENTATIVE, KENNETH RAY CAUDILL**

---

This matter comes before the Court on Plaintiff's Objections to Defendant's Counter-Designations of Deposition Testimony of American Family Mutual Insurance Company's 30(b)(6) Representative, Kenneth Ray Caudill [Docket No. 73].  The Court rules as follows on plaintiff's objections:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 15:25-16:12 | No objection | |
| 2 | 16:23-18:14 | No objection | |
| 3 | 19:22-25 | No objection | |
| 4 | 20:2 | No objection | |
| 5 | 46:20-23 | Nonresponsive | Overruled. |

| 6 | 50:6-17 | Cumulative (testimony previously designated without objection by Plaintiff: 50:3-20) | Sustained. |
|---|---|---|---|
| 7 | 64:16-65:1 | Foundation; speculation | Overruled. |
| 8 | 68:25-69:5 | Hearsay; Incomplete; Plaintiff's counsel clarified the answer given on 69:5 with a further question; Will withdraw objection to completeness if 69:6-7 is added | Overruled. |
| 9 | 71:18-72:6 | Speculation; hearsay; nonresponsive; improper opinion testimony | Sustained. Nonresponsive. |
| 10 | 73:2-25 | Cumulative, this identical passage was designated by Plaintiff and was objected to by Defendant (see doc. 65, item #57). | Sustained. |
| 11 | 74:3-7 | Cumulative (testimony previously designated by Plaintiff: 74:3- 74:18, Doc. 65, item # 58) | Sustained. |
| 12 | 74:23-75:16 | No objection | |
| 13 | 75:21-23 | No objection | |
| 14 | 82:3-83:16 | Cumulative (testimony previously designated by Plaintiff: 82:7-84:1); no objection to the addition of 82:3-6 | Assuming plaintiff adds 82:3 to 82:6, sustained. |

DATED January 13, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge